UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHEENA MCNEILLY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX, LLC,<br><br>　　　　Defendant. | Case No. 1:25-cv-03983<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX, LLC** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Sheena McNeilly, and Defendant Equifax, LLC, ("EQUIFAX") that the above-titled action is hereby dismissed with prejudice against Defendant Equifax. Each party will bear their own costs and attorney's fees.

| | |
|---|---|
| Dated: 09/10/2025<br><br>EQUIFAX, INC. | Respectfully submitted,<br><br>LAW OFFICES OF<br>MARK A. CAREY, P.C. |
| By: */s/ Carley Thompson*<br>　　Carley Thompson<br>　　Equifax Inc.<br>　　1550 Peachtree St.<br>　　Atlanta, GA 30309<br>　　E: carley.thompson@equifax.com<br>　　P: (404) 326-2679<br><br>　*Attorney for Defendant,*<br>　*Equifax, Inc.,named as*<br>　*Equifax, LLC* | By: */s/ Mark A. Carey*<br>　　Mark A. Carey<br>　　Law Offices of Mark A. Carey, P.C.<br>　　500 Roswell Rd. Ste. Bldg C<br>　　Sandy Springs, GA 30342<br>　　E: markcareylaw@ymail.com<br>　　P: (716) 853-9243<br><br>　*Attorney for Plaintiff,*<br>　*Sheena McNeilly* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on 09/10/2025, I served Plaintiff's Notice of Dismissal using the CM/ECF system, which will provide an auto generated notice to all counsel of record.

By: */s/ Mark A. Carey*
Mark A. Carey
Law Offices of Mark A. Carey, P.C.
500 Roswell Rd. Ste. Bldg. C
Sandy Springs, GA 30342
E: markcareylaw@ymail.com
P: (716) 853-9243
*Attorney for Plaintiff,*
*Sheena McNeilly*